United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13269-mdc
Gun Dealer On Line, LLC                                                   Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 1           Date Rcvd: Jul 07, 2017
                           Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db            +Gun Dealer On Line, LLC,    1597 Peony Drive,    Lancaster, PA 17602-4086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 08 2017 03:00:43    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2017 03:00:03
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 08 2017 03:00:41    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                         TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
            ALAINE V. GRBACH    on behalf of Debtor    Gun Dealer On Line, LLC avgrbach@aol.com
            CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
             National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
            THOMAS I. PULEO    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
             National Association, as Legal Title Trustee tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Gun Dealer On Line, LLC

      Debtor(s)

CHAPTER 7

Specialized Loan Servicing LLC, as servicer for U.S.
ROF IV Legal Title Trust 2015-1, by U.S. Bank
National Association, as Legal Title Trustee

        Movant

NO. 17-13269 MDC

   vs.

11 U.S.C. Section 362

Gun Dealer On Line, LLC

      Debtor(s)

Christine C. Shubert Esq.

      Trustee

### ORDER

AND NOW, this 6th day of July , 2017 at Philadelphia, upon failure of Debtor(s) and the

Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and

the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and

Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the

subject premises located at 1597 Peony Rd, West Lampeter Township, PA 17602 ("Property"), so as to allow

Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject

Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to

Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited

to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property

at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession

of the Property.

                   _Magdeline D. C_

                   United States Bankruptcy Judge.