# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Gun Dealer On Line, LLC  
Debtor(s)

Case No. 17-13269  
Chapter 7

## Notice of Change of Address

Federal Tax ID Number:

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Gun Dealer On Line, LLC

Street: 1597 Peony Drive

City, State and Zip: Lancaster, PA 17602

Telephone #:

**Please be advised that effective IMMEDIATLY**  
**my (our) new mailing address and telephone number is:**

Name: Gun Dealer On Line, LLC  
C/O John Radzik

Street: 17 Sandstone Court

City, State and Zip: Lititz,, PA 17543

Telephone #:

/s/John P. Radzik  
John P. Radzik/President  
Authorized Signer/Title