United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 17-13269-mdc
Gun Dealer On Line, LLC                                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1              Date Rcvd: Oct 19, 2017
                            Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db             +Gun Dealer On Line, LLC,   c/o John Radzik,   17 Sandstone Court,   Lititz, PA 17543-7671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor    Gun Dealer On Line, LLC avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Gun Dealer On Line, LLC  : Case No. 17−13269−mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , October 19, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court